IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. AMD 06-469 |
| MICHAEL O. LEAVITT.,<br>in his official capacity as<br>SECRETARY, DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, | * | |
| and | * | |
| ANDREW C. VON ESCHENBACH, M.D.<br>in his official capacity as<br>ACTING COMMISSIONER,<br>FOOD AND DRUG ADMINISTRATION, | * | |
| Defendants, | * | |
| and | * | |
| ROXANE LABORATORIES, | * | |
| Defendant-Intervenor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



## **TEMPORARY RESTRAINING ORDER**

Upon consideration of the Complaint filed by the Plaintiff Glaxo Group Ltd. d/b/a/ GlaxoSmithKline ("GSK"), its Motion for a Temporary Restraining Order, the Memorandum in Support thereof, and having conducted a hearing on this date, and having heard opposition thereto from the Defendants and the Defendant Intervenor the Court finds that GSK has demonstrated some liklihood of success on the merits, that the balance of harms and the public interest clearly weigh in GSK's favor, and that GSK will suffer immediate and irreparable injury unless the Defendants and the

Defendant Intervenor are temporarily restrained as set forth in this Order.

Accordingly, IT IS HEREBY ORDERED pursuant to Rule 65(b) of the Federal Rules of Civil Procedure that:

    (i)    Plaintiff's Motion for a Temporary Restraining Order is GRANTED;

    (ii)    During the pendency of this Order, the approval and any future approval by the Food and Drug Administration of an abbreviated new drug application allowing the marketing and sale of a generic version of GSK's Flonase® Nasal Spray SHALL BE AND IS SUSPENDED; and

    (iii)    The Plaintiff and PAR Pharmaceuticals shall cease the distribution of such generic product and the Plaintiff will not contract with any other company to distribute such generic product during the pendency of this Order.

IT IS FURTHER HEREBY ORDERED, pursuant to Rule 65(c) that the Plaintiff shall post a surety bond with the Clerk of the Court in the amount of $3,000,000 by 5:00 pm February 24, 2006.

The Clerk of the Court shall provide a copy of this Order to counsel for each party on this date.

This Temporary Restraining Order shall expire at 2:00 pm on March 6, 2006.

The foregoing is Ordered this 23rd day of February 2006 at 6:47 pm.

/s/ Richard D. Bennett
Richard D. Bennett
United States District Judge