IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY, DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br><br>and<br><br>ANDREW C. VON ESCHENBACH, M.D.<br>in his official capacity as<br>ACTING COMMISSIONER,<br>FOOD AND DRUG ADMINISTRATION,<br><br>Defendants.<br><br>and<br><br>ROXANE LABORATORIES,<br><br>Defendant-Intervenor. | Civil Action No. AMD 06-469 |

DENIED
AMD
3/6/06

## MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Fed. R. Civ. P. 62, plaintiff GLAXO GROUP LTD. d/b/a GLAXOSMITHKLINE ("GSK") hereby moves for an injunction pending appeal of FDA's approval of any Abbreviated New Drug Applications (ANDAs) for generic versions of Flonase® Nasal Spray.

\\\DC - 59524/0041 - 2270808 v1

A memorandum in support of GSK's motion and a proposed order are attached.

Respectfully submitted,

_____
Mark D. Gately (Federal Bar No. 0134)
Steven F. Barley (Federal Bar No. 10049)
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700


Michael L. Kidney (Federal Bar No. 24450)
Michele W. Sartori (Federal Bar No. 26829)
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600

Attorneys for Plaintiff GlaxoSmithKline

Dated: March 6, 2006

- 2 -