IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

_____

|  |  |  |
|---|---|---|
| GLAXO GROUP LIMITED<br>d/b/a GLAXOSMITHKLINE , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. AMD-06-469 |
| | ) | |
| MICHAEL O. LEVITT, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ROXANE LABORATORIES, INC., | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

_____

## MOTION FOR EXECUTION ON BOND

Defendant Roxane Laboratories, Inc. ("Roxane"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 65.1, moves for execution on a bond in the amount of $3,000,000 filed by Travelers Casualty and Surety Company of America ("Travelers") as surety for Plaintiff Glaxo Group Limited, and further requests, pursuant to Rule 65.1 that notice of this motion be given to Travelers by the Clerk of Court.  In support of this motion, Roxane submits a supporting memorandum, Exhibits A-D, and a proposed order.

Respectfully submitted,


Dated:  April 17, 2006                    _____/s/_____
                                          Cyril V. Smith
                                          Federal Bar No. 07332
                                          William K. Meyer
                                          Federal Bar No. 01214
                                          Zuckerman Spaeder LLP
                                          100 East Pratt Street, Suite 2440
                                          Baltimore, Maryland 21202
                                          (410) 332-0444


                                          _____/s/_____
                                          William B. Schultz, *Pro Hac Vice*
                                          Lisa Barclay
                                          Federal Bar No. 15618
                                          Zuckerman Spaeder LLP
                                          1800 M Street, Suite 1000
                                          Washington, D.C. 20036
                                          (202) 778-1800


                                          Attorneys for Defendant
                                          Roxane Laboratories, Inc.

## CERTIFICATE OF SERVICE

I hereby certify, this 17th day of April, 2006, that a copy of the foregoing Motion for Execution on Bond, Memorandum in Support of Motion for Execution on bond, Exhibits A-D, and proposed order were filed by CM-ECF and transmitted by e-mail and first class mail, postage prepaid, to the following:

Mark D. Gately, Esq.
Steven F. Barley, Esq.
Hogan & Hartson LLP
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202

Michele W. Sartori, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Claudia Zuckerman, Esq.
Room 6-13
Food and Drug Administration
Parklawn Building
5600 Fishers Lane
Rockville, Maryland 20857

Drake Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
Room 9529N, National Place Building
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20004


_____/s/_____
Cyril V. Smith