IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY, DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br><br>and<br><br>ANDREW C. VON ESCHENBACH, M.D.<br>in his official capacity as<br>ACTING COMMISSIONER,<br>FOOD AND DRUG ADMINISTRATION,<br><br>Defendants.<br><br>and<br><br>ROXANE LABORATORIES,<br><br>Defendant-Intervenor. | Civil Action No. AMD 06-469 |

## MOTION TO DISSOLVE ORDER THAT PLAINTIFF SHALL POST SURETY BOND AND FOR ENTRY OF ORDER DISPOSING OF MOTION FOR RESTITUTION

GSK hereby moves this Court for an order dissolving the February 24, 2006 Order of Judge Bennett requiring GSK to post a surety bond in the amount of $3,000,000. In support of this motion, undersigned counsel states that, on Friday, April 13, 2007, GSK paid the sum of $3,000,000 to an account designated by Defendant Roxane Laboratories ("Roxane"). Counsel for Roxane has confirmed receipt of the payment.

GSK also hereby moves this Court for an order disposing of Defendant Roxane Laboratories' ("Roxane") "Motion for Restitution to Rectify Unjust Enrichment," filed on April 17, 2006. This Court's Memorandum dated August 7, 2006 already denied Roxane's motion "based on virtually all of the grounds relied on by Glaxo" but indicated that a subsequent order would be forthcoming. Mem. at 1. And the Court's Memorandum Opinion dated April 6, 2007 confirmed that "Roxane is not entitled to a restitutionary measure of recovery" because "Glaxo did not act wrongfully under the circumstances" and, in fact, acted in good faith. Mem. Op. at 6 n.4. GSK, therefore, requests that the Court issue an order and docket entry that confirm its disposition of the motion for restitution. Furthermore, because Roxane's motion for restitution is the only remaining outstanding matter that has not been the subject of any order, it may be necessary for the Court to issue such an order to terminate the litigation before this Court.

Respectfully submitted,

/s/
Mark D. Gately (Federal Bar No. 0134)
Steven F. Barley (Federal Bar No. 10049)
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Michael L. Kidney (Federal Bar No. 24450)
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600

Attorneys for Plaintiff GlaxoSmithKline

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2007, a copy of the foregoing was sent by electronic delivery and first-class mail to:

>Jennifer Wright, Esquire
>Tarra DeShields, Esquire
>United States Attorney's Office
>  for the District of Maryland
>36 S. Charles Street, 4th Floor
>Baltimore, MD 21201
>
>Drake Cutini, Esquire
>Office of Consumer Litigation
>U.S. Department of Justice
>Room 9529N
>National Place Building
>1331 Pennsylvania Avenue, N.W.
>Washington, DC 20004
>
>Claudia Zuckerman, Esquire
>Room 6-13
>Food and Drug Administration
>Parklawn Building
>5600 Fishers Lane
>Rockville, MD 20857
>
>William B. Schultz, Esquire
>Lisa Barclay, Esquire
>Zuckerman Spaeder L.L.P.
>1800 M Street, NW, Suite 1000
>Washington, DC 20036-5802
>
>Cyril Smith, Esquire
>Zuckerman Spaeder L.L.P.
>100 East Pratt Street
>Suite 2440
>Baltimore, MD 21202

/s/
Mark Gately